Dismissed and Memorandum Opinion filed May 6, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00928-CV

____________

 

JADE SERVICES & WAREHOUSING & JUAN BARBOSA, Appellants

 

V.

 

STRATFORD INSURANCE, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 2

Harris County,
Texas

Trial Court Cause
No. 935,674

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 19, 2009.  On April 26, 2010,
appellants filed a motion to dismiss the appeal because the case has settled.  
See Tex. R. App. P. 42.1. 
The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Boyce.